**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



**Dated: July 01 2010**

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In Re** | ) | Case No. 10-34248 |
| | ) | |
| Leonard Harvey Burlile, Sr. | ) | Chapter 7 |
| | ) | |
| **Debtor(s)** | ) | **JUDGE MARY ANN WHIPPLE** |
| | ) | |

### ORDER TO SHOW CAUSE

This matter comes before the court on the failure of Debtor(s) to file the **Signature Declaration Form** regarding electronic filing of documents. For good cause shown, it is

**ORDERED THAT DEBTOR(S) SHOW CAUSE** as to why the above named Chapter 7 case should not be dismissed for want of prosecution, by filing the **Signature Declaration Form,** or by filing another response to this show cause order.

It is **FURTHER ORDERED** that the **Signature Declaration Form,** or other response to this Order to Show Cause must be **RECEIVED BY AND FILED WITH** the Office of the Clerk, United States Bankruptcy Court, 411 U.S. Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, 43604, **NO LATER THAN JULY 15, 2010, BY 4:00 P.M.**