**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 10-34248 MAW Judge: Mary Ann Whipple | Trustee Name: | WILLIAM L. SWOPE |
| Case Name: LEONARD HARVEY BURLILE, SR. | Date Filed (f) or Converted (c): | 6/19/2010 (f) |
| | 341(a) Meeting Date: | 8/16/2010 |
| For Period Ending: 9/8/2010 | Claims Bar Date: | / / |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 2 | CLOTHING | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2001 FORD ESCORT | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | POSSIBLE PREFERENCE PAYMENT (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

TOTALS (Excluding Unknown Values)     $3,200.00     $1.00     $0.00

Gross Value of Remaining Assets
$1.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP # 4 -- TRUSTEE INVESTIGATING VALUE OF ASSET.

Initial Projected Date of Final Report (TFR): 9/8/2012     Current Projected Date of Final Report (TFR): / /